STATE of Missouri, Respondent,

v.

Huey NEAL, Appellant.

Huey NEAL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50716, WD 52437.

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Rosalynn Koch, Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and
BERREY and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

This consolidated appeal arises from convictions of forcible rape and felonious restraint where appellant was sentenced as a prior and persistent offender to consecutive sentences of twenty and seven years. Appellant timely filed his Rule 29.15 postconviction motion which was denied by the court.

Judgment affirmed. Rule 30.25(b) and Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Maurice HARDIN, Appellant.

Nos. WD 49592, WD 51434.

Missouri Court of Appeals,
Western District.

Dec. 24, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and
LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

The defendant, Maurice Hardin, appeals from his conviction by a jury of second degree murder § 565.021, RSMo 1994 and armed criminal action § 571.015, RSMo 1994. He was sentenced as a persistent and class X offender to life imprisonment for the murder and sixty years imprisonment for the armed criminal action, the sentences to run consecutively. He appeals from his conviction and from the denial of his Rule 29.15 motion. Affirmed. Rules 30.25(b) and 84.16(b).